# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0030
Lower Tribunal No. 2013-CF-001632-AXXX

_____

DAVID DELLY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Ramiro Mañalich, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and BROWNLEE, JJ., concur.


Deana K. Marshall, of the Law Office of Deana K. Marshall, P.A., Riverview, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED